RECEIVED
IN LAKE CHARLES, LA

APR 20 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **EMPIRE GENERAL LIFE ASSURANCE CORPORATION** | : | **DOCKET NO. 04 CV 2061** |
| VS. | : | **JUDGE MINALDI** |
| **ROBIN ZARATE-SWAIN, Individually, and as Administratrix of the Estate of Earl Swain, Jr., LINDA S. HOFFPAUIR, and MELISSA S. CHISM** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, Empire's motion for summary judgment [doc. 31] is DENIED.

FURTHER, IT IS ORDERED that defendant, Zarate-Swain's counterclaim for damages pursuant to LSA-R.S. 22:657 is DISMISSED.

Lake Charles, Louisiana, this 20 day of April, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE